IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**STERLING RAFAEL ROSEBORO,**

    Petitioner,

v.                                                       Civil Action No. **3:19CV56**

**J. RAY ORMOND,**

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on February 12, 2019, the Court conditionally filed Petitioner's 28 U.S.C. § 2241 petition. On February 25, 2019, the Court received the Inmate Account Report Form from the institution notifying the Court that Petitioner had been released. On February 26, 2019, the United States Postal Service returned the Memorandum Order to the Court marked, "RETURN TO SENDER," because Petitioner is no longer incarcerated in FCC Petersburg. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                                 /s/
                                                           M. Hannah Lauck
                                                           United States District Judge

Date: March 7, 2019
Richmond, Virginia